## No. 113. DOUCET ET AL. *v.* FONTENOT, SHERIFF, ET AL.

Motion submitted October 15, 1928. Decided October 22, 1928. *Per Curiam:* The motion to dismiss is granted for the reason that under § 237 of the Judicial Code, as amended by the act of February. 13, 1925 (43 Stat. 936, 937), the case is not properly before this Court on writ of error. There is, however, a federal question, as shown by *Wadkins v. Producers Oil Co.,* 227 U. S. 368, and *McCune v. Essig,* 199 U. S. 382. and the proper method of review would be by application for a writ of certiorari. Treating the writ of error as an application for certiorari the same is denied. *Mr. Joseph George Medlenka* for defendants in error in support of the motion. *Mr. Harry P. Sneed* for plaintiff in error in opposition thereto.

## No. 37. HANSEN *v.* STIRRAT & GOETZ INVESTMENT Co.

Argued October 19, 1928. Decided October 22, 1928. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis v. McDougal,* 225 U. S. 561, 569; *Hull v. Burr,* 234 U. S. 712, 720; *Norton v. Whiteside,* 239 U. S. 144, 147. *Mr. Martin J. Lund,* with whom *Mr. Mark M. Litchman* was on the brief, for plaintiff in error. *Mr. Henry Elliott, Jr.,* with whom *Mr. J. Speed Smith* was on the brief, for defendant in error.